## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  
DONALD GRODSKY

FILED  
2019 DEC 30 A 11: 20  
CLERK  
UNITED STATES

CASE NUMBER: 09-13383

SECTION: "B"

JUDGE: HON. JERRY BROWN

CHAPTER 7

### NOTICE OF SUSPENSIVE APPEAL

**NOTICE IS HEREBY GIVEN** that Respondent, John L. Howell, appeals to the United States District Court for the Eastern District of Louisiana from the Order granting Applicants' *Joint First and Final Application of Chaffe McCall, LLP; Gordon, Arata, Montgomery, Barnett, et al.; and Seale & Ross, PLC for Allowance of Fees and Costs*, entered in the above-captioned matter on December 18, 2019.

Respectfully Submitted,

_____  
John L. Howell  
5847 Catina Street  
New Orleans, Louisiana 70124  
(985) 807-6655

CERTIFICATE

Contemporaneously with the filing of this Notice, copies have been served on all counsel via the Court's electronic notification system.